UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JANINE ELEANOR STACK,<br>　　Plaintiff,<br>　　v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>　　Defendant. | No. 5:20-cv-02256-KES<br><br>[~~PROPOSED~~] JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: May 7, 2021

　　　　　　　　　　　　　　　*Karen E. Scott*
　　　　　　　　　　　　　　　HON. KAREN E. SCOTT
　　　　　　　　　　　　　　　United States Magistrate Judge